# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Derrick D. Collins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00017-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Alexander Correctional Institution, | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2022 Order.

April 25, 2022

Frank G. Johns, Clerk
United States District Court